IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES L. WILLIAMS                                                           PLAINTIFF

v.                                    Civil No. 6:09-cv-06021

JAQUEINE NEWBORN,
Jail Administrator, Clark County
Detention Center; TIM PATTERSON,
Chief Deputy, Clark County
Detention Center; RICK LOY,
Jail Administrator, Clark County
Detention Center; DAVID
TURNER, Sheriff, Clark County; and
OFFICER MOORE                                                                 DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Charles Williams, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.

On September 16, 2010, an order was entered (Doc. 28) directing Plaintiff to file a notice with the Court by October 14, 2010.  The notice asked Plaintiff to acknowledge the receipt of the Defendants' summary judgment motion and advise the Court if he intended to respond on his own or was requesting the preparation of a questionnaire to assist him in responding.  To date, the notice has not been filed and Plaintiff has not responded to the summary judgment motion.

On April 29, 2011, a show cause order (Doc. 41) was entered giving Plaintiff until June 9, 2011, to show cause for his failure to response to the Court's order.  Plaintiff was directed to show cause why this action should not be dismissed based on his failure to obey the order of the Court.  Plaintiff was advised that failure to respond to the show cause order would result in the dismissal of this case.

To date, Plaintiff has not responded to the show cause order. I therefore recommend that this case be dismissed based on his failure to obey the orders of the Court and his failure to prosecute this action.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of June 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE